PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-MC-00068-KJM-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $324,650.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Valentina Miles ("claimant"), by and through their respective counsel, as follows:

1. On or about November 17, 2021, claimant Miles filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $324,650.00 in U.S. Currency (hereafter "defendant currency"), which was seized on August 25, 2021.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency

is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was February 15, 2022.

      4.      By Stipulation and Order filed March 1, 2022, the parties stipulated to extend to May 16, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

      5.      By Stipulation and Order filed May 16, 2022, the parties stipulated to extend to August 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

      6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to September 14, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

      7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to September 14, 2022.

Dated:     8/15/22                          PHILLIP A. TALBERT
                                                              United States Attorney

                                                              /s/ Kevin C. Khasigian
                                                              KEVIN C. KHASIGIAN
                                                              Assistant U.S. Attorney

Dated:     8/15/22                          /s/ Mark J. Reichel
                                                              MARK J. REICHEL
                                                              Attorney for potential claimant
                                                              Valentina Miles

                                                              (As authorized via phone)

1  **IT IS SO ORDERED**.

2 Dated: August 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE