UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     v.<br><br>Approximately $324,650.00 in U.S. Currency,<br><br>            Defendant. | No. 2:22-mc-00068-KJM-CKD<br><br>ORDER |

The unopposed request to continue (ECF No. 7) is **granted**. The court cautions the parties, however, that in light of the many similar requests previously filed in this case, future requests for extensions of time may be denied absent a showing of good cause.

        IT IS SO ORDERED.

 DATED:  October 4, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1