PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-MC-00068-KJM-CKD |
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| APPROXIMATELY $324,650.00 IN U.S. CURRENCY, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the United States elected to include the above-captioned defendant currency in civil case *United States v. Approximately $324,650.00 in U.S. Currency,* 2:22-CV-01818-DAD-JDP.  Accordingly, this miscellaneous case may be closed.

Dated: 10/14/22                                           PHILLIP A. TALBERT
                                                                           United States Attorney

                                                        By:    /s/ Kevin C. Khasigian
                                                                   KEVIN C. KHASIGIAN
                                                                   Assistant U.S. Attorney